# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEAGAN TRUJILLO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 22-cv-733-MMA-AHG<br><br>**ORDER GRANTING JOINT MOTION TO VACATE AND SET ASIDE DEFAULT OF DEFENDANT AMERIHOME MORTGAGE COMPANY, LLC**<br><br>[Doc. No. 16] |

On June 21, 2022, the Court entered default as to Defendant AmeriHome Mortgage Company, LLC ("Defendant AmeriHome"). Doc. No. 10. Plaintiff Meagan Trujillo and Defendant AmeriHome jointly move to set aside the default. Doc. No. 16. Good cause appearing, the Court **GRANTS** the joint motion. The default of Defendant AmeriHome entered on June 21, 2022 is **VACATED** and set aside. Defendant AmeriHome must file an answer to the Complaint on or before **August 19, 2022**.

**IT IS SO ORDERED**.

Dated: August 4, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge